# United States District Court

## FOR THE

## WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.                                                            Criminal. No. 1:98-CR-00073-009

DEMETRIUS YARBOROUGH

    It is the recommendation of the U.S. Probation Office to reduce Demetrius Yarborough's term of supervised release by one (1) year based on his successful completion of the Western District of New York's ReEntry Court program.

Respectfully submitted,

_Tammi J. Rogers_
Tammi S. Rogers
U.S. Probation Officer Specialist

## ORDER OF THE COURT

    It hereby is Ordered that the defendant's [647] Motion to reduce the term of supervised release by one (1) year is GRANTED.

Dated this 26th day of April, 2012.

_William M. Skretny_
Honorable William M. Skretny
Chief U.S. District Court Judge